UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRAND GROUP INTERNATIONAL, LLC,    *
                                   *
           Plaintiff,              *
                                   *
     v.                            *        Civil Action No. 10-11783-JLT
                                   *
ESTABLISHED BRANDS                 *
INTERNATIONAL, INC. and            *
PERSEUS, LLC,                      *
                                   *
           Defendants.             *

ORDER

July 26, 2011

TAURO, J.

     For the reasons set forth in the accompanying memorandum, this court hereby orders that

Defendants' Motion by Defendants Established Brands International, Inc. and Perseus, LLC to

Dismiss Counts II, VI and VII [#16] is ALLOWED IN PART and DENIED IN PART.  The

Motion is ALLOWED as to Count VI and DENIED as to Counts II and VII.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                   United States District Judge